| | |
|---|---|
| 1 | **PATTERSON BELKNAP WEBB & TYLER LLP** |
| 2 | STEVEN A. ZALESIN (application for *pro hac vice* admission pending) |
| 3 | sazalesin@pbwt.com<br>JANE METCALF (application for *pro hac vice* admission pending) |
| 4 | jmetcalf@pbwt.com |
| 5 | 1133 Avenue of the Americas<br>New York, New York  10036 |
| 6 | Telephone (212) 336-2110<br>Facsimile (212) 336-2111 |
| 7 | **LAFAYETTE & KUMAGAI LLP** |
| 8 | GARY T. LAFAYETTE (SBN 88666)<br>glafayette@lkclaw.com |
| 9 | BRIAN H. CHUN (SBN 215417)<br>bchun@lkclaw.com |
| 10 | 1300 Clay Street, Ste. 810<br>Oakland, California  94612 |
| 11 | Telephone  (415) 357-4600<br>Facsimile  (415) 357-4605 |
| 12 | **THE CLOROX COMPANY** |
| 13 | MARK W. DANIS (SBN 147948)<br>mark.danis@clorox.com |
| 14 | 1221 Broadway<br>Oakland, California  94612 |
| 15 | *Attorneys for Plaintiff The Clorox Company* |

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| The Clorox Company,<br><br>          Plaintiff,<br>v.<br><br>Reckitt Benckiser Group PLC and Reckitt Benckiser LLC,<br><br>          Defendants. | Case No.<br><br>**EXHIBIT 1 TO THE COMPLAINT** |

<u>**MANUAL FILING NOTIFICATION**</u>

Regarding: Exhibit 1 to the Complaint.

This filing is in physical form only, and is being maintained in the case file in the Clerk's office.  If you are a participant on this case, this filing will be served in hard-copy shortly.

EXHIBIT 1

1 | For information on retrieving this filing directly from the court, please see the court's main web site
2 | at http://www.cand.uscourts.gov under Frequently Asked Questions (FAQ).
3 | This filing was not efiled for the following reason(s):
4 | \_\_\_\_\_ Unable to Scan Documents
5 | \_\_\_\_\_ Physical Object (please describe)
6 | \_\_X\_\_ Non-Graphic/Text Computer File (audio, video, etc.) on CD or other media
7 | \_\_\_\_\_ Item Under Seal in Criminal Case
8 | \_\_\_\_\_ Conformance with the Judicial Conference Privacy Policy (General Order 53)
9 | \_\_\_\_\_ Other (please describe):
10 | Dated:  March 20, 2019

**PATTERSON BELKNAP WEBB & TYLER LLP**
STEVEN A. ZALESIN (application for *pro hac vice* admission pending)
sazalesin@pbwt.com
JANE METCALF (application for *pro hac vice* admission pending)
jmetcalf@pbwt.com
1133 Avenue of the Americas
New York, New York  10036
Telephone (212) 336-2110
Facsimile (212) 336-2111

**LAFAYETTE & KUMAGAI LLP**
GARY T. LAFAYETTE (SBN 88666)
glafayette@lkclaw.com
BRIAN H. CHUN (SBN 215417)
bchun@lkclaw.com
1300 Clay Street, Ste. 810
Oakland, California  94612
Telephone (415) 357-4600
Facsimile (415) 357-4605

**THE CLOROX COMPANY**
MARK W. DANIS (SBN 147948)
mark.danis@clorox.com
1221 Broadway
Oakland, California  94612

By:  <u>Gary T. Lafayette</u>

*Attorneys for Plaintiff The Clorox Company*