# Exhibit 2



Advertiser: Lysol
Product: Lysol Daily Cleanser
Title: Simple Clean
Ad Code: LYSOCL-2149

First Date: 01/21/19
Source: New York City
Length: 30
New/Recut: New



**(Music)**
**VOICE OVER:** When you're cleaning your counters, you could be leaving harsh...

Text: Use as directed.



chemical residue behind. Check this out.



We used Clorox Clean-up on one side and Lysol Daily Cleanser on the other.

Text: Bleach indicator test.



Then checked for hidden chemical residue with a bleach indicator test.



**1st MAN:** I wouldn't even want to touch this.



**2nd MAN:** What do you do with that?



Like, who, who's going to eat that?



**VOICE OVER:** Unlike Clorox Clean-up, Lysol Daily Cleanser only has three simple...



ingredients and leaves surfaces free from harsh chemical residue.



**1st WOMAN:** Definitely use that.
**2nd WOMAN:** It's clearly way better than this.



**2nd MAN:** Yep! Thank you!



**VOICE OVER:** Lysol. What it takes to protect.
**(Fade Out)**