# Exhibit 3



**Advertiser:** Lysol
**Product:** Lysol Disinfectant Spray
**Title:** Fake Cold (30 Seconds Version)
**Ad Code:** LYSOCL-2110

**First Date:** 11/05/18
**Source:** My Network
**Length:** 30
**New/Recut:** Recut


(Music)


(Boy with thermometer in his mouth)


(Woman and girl sitting on couch)


(Girl pretending to be sick by coughing)


(Boy faking a sneeze)


**VOICE OVER:** For real cold and flu protection.


You can't protect them from an imaginary cold...

Text: Use as directed.


But with Lysol you can help...


protect them from a real one.


Lysol Disinfectant Spray kills the number one...

Text: Per CDC, Rhinovirus is the leading cause of the Common Cold. When Used as Directed.


cause of the cold and Clorox wipes don't.


Lysol what it takes to protect.
**(Fade Out)**

Creative Monitoring · Competitive Spending · Co-Op Tracking · Proof of Performance · Multicultural Advertising · International
52 Vanderbilt Ave, 16th Floor · New York, NY 10017 ·
*This material may be used for internal review, analysis or research only. No part of this document may be reproduced, published, or publicly displayed in any form.*