# Exhibit 4



Advertiser: Lysol
Product: Lysol Disinfecting Wipes
Title: Feel The Strength
Ad Code: LYSOCL-2153

First Date: 01/28/19
Source: Hallmark Movies
Length: 15
New/Recut: New



(Music)
VOICE OVER: New Lysol Wipes...



are crazy strong.



Don't believe us?



We've got this...



workout class to compare...



them to Clorox.
WOMAN: Wow!

Text: Dramatization. Based on lab results. Supervised demonstration. Do not attempt.



VOICE OVER: Feel the strength...



of new Lysol Wipes.



WOMAN: Dude! Are you looking at this?



MAN: Can I take those?



WOMAN: No!



VOICE OVER: Lysol. What it takes to protect.
(Fade Out)

Creative Monitoring · Competitive Spending · Co-Op Tracking · Proof of Performance · Multicultural Advertising · International
52 Vanderbilt Ave, 16th Floor · New York, NY 10017 ·
This material may be used for internal review, analysis or research only. No part of this document may be reproduced, published, or publicly displayed in any form.