# Exhibit 6



**Advertiser:** Lysol
**Product:** Lysol Power
**Title:** No Scrubbing
**Ad Code:** LYSOCL-1678

**First Date:** 08/13/18
**Source:** BabyFirst TV
**Length:** 15
**New/Recut:** New


**(Music)**


**(Woman adds Lysol to toilet)**


**WOMAN:** That was surprisingly...


not terrible.


**VOICE OVER:** Even without scrubbing.


Lysol Power...


toilet bowl cleaner...


attacks tough limescale...


and rust stains to...

**Text:** *Cleaning Power vs. Clorox Regular Liquid Bleach on Limescale and Rust Stains. Results after contact with product for 10 minutes, followed by rinsing.


clean 10 times better than Clorox liquid bleach.


Lysol, what it...


takes to protect.
**(Fade Out)**