DANA J. FINBERG (SBN 257459)
**ARENT FOX LLP**
55 2nd Street, 21st Floor
San Francisco, CA 94105
Telephone:     415.757.5500
Email: dana.finberg@arentfox.com

Bernice K. Leber (*Pro Hac Vice* Pending)
Michael Grow (Admitted *Pro Hac Vice*)
**ARENT FOX LLP**
1301 Avenue of the Americas, 42nd Floor
New York, NY  10019
Telephone:     212-484-3990
Email: bernice.leber@arentfox.com
Email: michael.grow@arentfox.com

*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE CLOROX COMPANY,<br><br>Plaintiff,<br><br>vs.<br><br>RECKITT BENCKISER GROUP PLC,<br>RECKITT BENCKISER LLC,<br><br>Defendants. | Case No. 3:19-cv-01452-EMC<br><br>**DECLARATION OF BERNICE K. LEBER IN SUPPORT OF MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION** |

BERNICE K. LEBER, hereby declare and state as follows:

1. I am an attorney licensed to practice law in the courts of the State of New York, and I am a member of the law firm Arent Fox, LLP, counsel for Defendants Reckitt Benckiser Group PLC and Reckitt Benckiser LLC in the above-captioned matter. My application for *pro hac vice* admission to this Court is being submitted concurrently.  I have personal knowledge of the facts stated herein.

2. Attached hereto as **Exhibit 2** is a true and correct copy of the Complaint and the exhibits annexed thereto in the above-referenced matter.

3. Attached hereto as **Exhibit 3** are true and correct copies of photographs of the product labels for Clorox Clean-Up Cleaner and Bleach and Clorox Disinfecting Wipes.

4. Attached hereto as **Exhibit 4** is a list of hyperlinks to the commercials and their cites in the Complaint.

I declare under penalty of perjury under the laws of the State of New York that the foregoing is true and correct and that this declaration was executed on May 6, 2019, at New York, New York.

_____
BERNICE K. LEBER