# EXHIBIT 3



1







4



