# EXHIBIT 4

| | Advertisement | Complaint ¶¶ Referring to Advertisement | Source Cited in Complaint |
|---|---|---|---|
| 1 | Bleach Indicator Test | 36-42 | https://www.ispot.tv/ad/I6xG/lysol-daily-cleanser-bleach-indicator-test |
| 2 | Fake Kitchen, Real Residue | 43 | https://www.youtube.com/watch?v=FhryYB-v0oc |
| 3 | Ingredients | 48-53 | https://www.facebook.com/Lysol/videos/1916478605050159/ |
| 4 | Safety Warnings | 54-56 | https://www.facebook.com/Lysol/videos/1923353521029334/ |
| 5 | 3 Simple Ingredients + No Harsh Chemical Residues | 57-59 | https://www.youtube.com/watch?v=ipCW-D-g_vs |
| 6 | Fake It | 62-71 | https://www.youtube.com/watch?v=hzMRK6UiLfs |
| 7 | Game Over | 72-73 | https://www.facebook.com/Lysol/videos/528761170868483/ |
| 8 | Spray Away | 74-76 | https://www.facebook.com/watch/?v=295003127802930 |
| 9 | LDS only (Cough Season) | 77-80 | https://twitter.com/Lysol/status/937809337984090113 |
| 10 | LDS only (Tissue Protection) | 81 | https://twitter.com/Lysol/status/937808456568004608 |
| 11 | Now Stronger Than Clorox | 83 - 86 | https://www.youtube.com/watch?v=vd7ZUkXhDEk |
| 12 | Now Stronger Than Clorox | 87 - 88 | https://www.youtube.com/watch?v=-4ttmPKRtz0 |
| 13 | Lysol Wipes Are Stronger Than Competition | 89 | Leber Declaration, Exhibit 2 (Complaint) at Exhibit 5 |
| 14 | No Scrubbing / Surprisingly Not Terrible | 93-98 | https://www.ispot.tv/ad/dB46/lysol-power-toilet-bowl-cleaner-surprisingly-not-terrible |
| 15 | 10x More Cleaning Power Protection | 99-100 | https://www.youtube.com/watch?v=IYTlMyokfbo |
| 16 | 10X More Cleaning Power Than Bleach | 101 | Leber Declaration, Exhibit 2 (Complaint) at Exhibit 8 |