UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE CLOROX COMPANY,<br><br>Plaintiff,<br><br>vs.<br><br>RECKITT BENCKISER GROUP PLC<br>And RECKITT BENCKISER LLC,<br><br>Defendants. | Case No. 3:19-cv-01452-EMC<br><br>**DECLARATION OF<br>CHRISTOPHER TEDESCO<br>IN SUPPORT OF MOTION TO DISMISS<br>FOR LACK OF PERSONAL<br>JURISDICTION** |

CHRISTOPHER TEDESCO declares under penalty of perjury as follows:

1. I am and for the past 5 years have been the General Manager of US Marketing and an Officer of Reckitt Benckiser LLC ("Reckitt USA"), located in Parsippany, New Jersey. I previously held the position of Global Brand Marketing Manager and Global Category Director of Reckitt Benckiser Group PLC ("Reckitt UK"). I have personal knowledge of the facts set forth in this Declaration.

Reckitt USA

2. At all times relevant to the Complaint, Reckitt USA has manufactured, marketed, advertised, distributed, and sold a wide range of home and hygiene products in the United States, including the Lysol products at issue in this lawsuit. Incorporated in Delaware, it employs over 1,100 employees. Reckitt USA's current annual revenues exceed $1.5 billion.

3. At all times relevant to the Complaint, Reckitt USA has its own officers and board of directors, employees, and bank accounts, and its own Legal Department, Research and Development Department, Marketing Department, and Regulatory Department. It keeps its own business records and corporate records. Reckitt USA has not commingled funds or other assets with Reckitt UK.

4. As General Manager of US Marketing, I have overseen a Marketing Group of 70 employees who were and are engaged in developing the marketing strategy for the full line of Reckitt USA home and hygiene products, including Lysol. The products at issue in the lawsuit (Lysol Daily Cleanser, Lysol Disinfectant Spray, Lysol Disinfecting Wipes and Lysol Power Toilet Bowl Cleaner) are also produced entirely in the US and sold only in the US and the Caribbean.

5. Together with my US staff, R&D, Regulatory, and Legal Departments located in New Jersey, we created, produced and published the ads at issue in this lawsuit. As Reckitt USA's General Manager of US Marketing, I also retained outside consultants who were involved in the Lysol ads at issue. For that matter, we also decided where to publish the ads here in the US. My team decided where to place the advertising at issue, for how long, both in social media and commercials mentioned in the Complaint (*see* ¶¶ 38, 43, 48, 57, 62, 72, 75, 78, 85, 93).

<u>Reckitt Group UK Lacks Any Nexus To This Dispute</u>

6. I attest that Reckitt UK had, as I explain further below, no direct or indirect participation or involvement in the conception, production, approval, or publication of the Lysol advertisements or campaign before the Court.

7. At all times relevant to the Complaint, Reckitt UK indirectly owned and owns Reckitt USA (a true and correct chart showing the relationship between Reckitt UK and Reckitt USA is annexed hereto as **Exhibit 1**). It is headquartered in Slough, United Kingdom. Reckitt UK has no bank accounts, no agent for service of process here, and is not licensed or registered to do business in the United States. Significantly, it also has had and has no control of nor has it participated in, directed, made any decisions concerning, or approved of the marketing, sale, and distribution of Lysol products by Reckitt USA.

8. There are no shared officers or directors as between Reckitt UK and Reckitt USA and no overlap in officers and directors between the two companies. Other than monitoring its myriad global subsidiaries' performance and the brands of goods which they produce world-wide and preparing consolidated financials and budgets annually (common for a multinational company parent like this one), Reckitt UK has no connection to the allegations asserted.

ARENT FOX LLP

9. There has been no comingling of funds between the two companies, neither company has assumed the debts of the other, both are adequately capitalized and both observe corporate formalities and segregate their corporate records. Reckitt UK does not manufacture, market, advertise, sell or distribute Lysol products in the United States. The Facebook, YouTube and Twitter accounts on which certain ads at issue appeared are not owned by Reckitt UK.

10. As the accompanying Memoranda of Law In Support of the Motions to Dismiss show, the Complaint is bereft of any facts demonstrating why Reckitt UK was named in this lawsuit or even what facts support each of the three different claims alleged against our Company, Reckitt USA.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 3rd day of May, 2019

_____
CHRISTOPHER TEDESCO

ARENT FOX LLP