UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

THE CLOROX COMPANY,

                           Plaintiff,

       v.

RECKITT BENCKISER GROUP PLC and
RECKITT BENCKISER LLC,

                          Defendants.

Case No. 3:19-cv-01452-EMC

**STIPULATION OF DISMISSAL WITH
PREJUDICE**

Honorable Edward M. Chen

      IT IS HEREBY STIPULATED AND AGREED between Plaintiff/Counterclaim-Defendant The Clorox Company ("Clorox"), Defendant/Counterclaim-Plaintiff Reckitt Benckiser LLC, and Reckitt Benckiser Group PLC, through their undersigned attorneys, that all claims for relief in this action are hereby dismissed with prejudice in their entirety pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

Dated: December 26, 2019

By: /s/ Steven A. Zalesin

PATTERSON BELKNAP WEBB & TYLER LLP
Steven A. Zalesin (*pro hac vice*)
sazalesin@pbwt.com
Jane Metcalf (*pro hac vice*)
jmetcalf@pbwt.com
1133 Avenue of the Americas
New York, New York 10036
Telephone (212) 336-2110
Facsimile (212) 336-2111

LAFAYETTE & KUMAGAI LLP
Gary T. Lafayette (SBN 88666)
glafayette@lkclaw.com
Brian H. Chun (SBN 215417)
bchun@lkclaw.com
1300 Clay Street, Ste. 810
Oakland, California 94612
Telephone (415) 357-4600
Facsimile (415) 357-4605

By: /s/ Robert H. Platt

MANATT, PHELPS & PHILLIPS, LLP
Robert H. Platt (Bar No. CA 108533)
RPlatt@manatt.com
Alexandra Hill (Bar No. CA 313249)
AHill@manatt.com
11355 West Olympic Boulevard
Los Angeles, CA 90064-1614
Telephone: (310) 312-4000
Facsimile: (310) 312-4224

MANATT, PHELPS & PHILLIPS, LLP
Adrianne E. Marshack (Bar No. CA 253682)
AMarshack@manatt.com
695 Town Center Drive, 14th Floor
Costa Mesa, CA 92626-1924
Telephone: (714) 371-2500
Facsimile: (714) 371-2550

*Attorneys for Defendants/Counterclaim-*

*Plaintiff Reckitt Benckiser LLC and*
*Reckitt Benckiser Group PLC*

THE CLOROX COMPANY
Mark W. Danis (SBN 147948)
mark.danis@clorox.com

1221 Broadway
Oakland, California 94612

*Attorneys for Plaintiff/Counterclaim-Defendant*

*The Clorox Company*



Dated: 12/30/2019

Stipulation of Dismissal With Prejudice
(Case No. 3:19-cv-01452-EMC)